1  Mary Elizabeth Conn SBN 224597
2  MARY E. CONN LAW
   55 River Street, Ste. 100
3  Santa Cruz, CA 95060
   Telephone (831) 471-7103
4  Attorney for Defendant JEANNE RIXON
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION
10
11
12 THE UNITED STATES OF AMERICA,    §    № **CR 11 - 00090 DLJ**
                    *Plaintiff*      §
13                                   §    *STIPULATED* REQUEST TO
   vs.                               §    CALENDAR *AND ORDER*
14                                   §
                                     §
15 JEANNE RIXON,                     §
                    *Defendant*      §
16 _____
17
18     Defendant Jeanne Rixon and the government, by and through their respective counsel,
19
   hereby stipulate and agree that the sentencing hearing may be continued from Thursday,
20
   February 2, 2012, at 10:00 a.m. to Thursday, February 16, 2012, at 10:00 a.m.  The reason for
21
   the requested continuance is to accommodate a scheduling conflict that would deny the
22
   defendant continuity of counsel, as defense counsel is out of state on the presently scheduled
23
24 date, which was set *sua sponte* by the Court.
25
      All parties, by and through their respective counsel, hereby stipulate and agree that the
26
   matter as to both defendants should be set for sentencing hearing on Thursday, February 16,
27
   2012, at 10:00 a.m.
28

1  Dated: January 30, 2012

2

3

4                                                                               s/_____
                                                                                JOHN GLANG
5                                                                               Assistant United States Attorney

6  Dated: January 30, 2012

7

8                                                                               s/_____
                                                                                MARY E. CONN
9                                                                               Attorney Defendant Rixon

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff* | § | № CR11-00090 DLJ |
| vs. | § § | *[ ]* ORDER FOR |
| JEANNE RIXON, | § § | CONTINUATION OF SENTENCING HEARING |
| *Defendant* | § | |

Good cause appearing therefore, it is hereby ordered that the sentencing hearing for JEANNE RIXON, previously scheduled for February 2, 2012, at 10:00 a.m. is continued to Thursday, February 16, 2012, at 10:00 a.m.

Date: FDFDFG

_____
The Honorable D.L. Jensen, Judge Presiding